✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 19 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______________ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ROSS ARELLANO EDWARDS
Assistant United States Attorney
Arizona State Bar No. 033439
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ross.Arellano.Edwards@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Seth Ammon Strasburg,<br>Defendant. | No. CR-26-00532-PHX-MTL (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. § 924(d);<br>21 U.S.C. § 853; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or between December 24, 2021 through August 7, 2024, in the District of Arizona, Defendant, SETH AMMON STRASBURG, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

1. Leitner Wise Rifle Co. Inc. M6IC .556 Rifle SN:14-04137;
2. Aero Precision M5 Multi-caliber Rifle SN: TACM5-1051;
3. UMAREX Sportwaffen GMBH & CO. KG. HK416D .22 Rifle SN: HB019983;
4. Faxon Firearms LLC FF-22 .22 Rifle SN: FF-22-00980;
5. Unknown Unknown 9mm Pistol SN: BUVU804;
6. Unknown Premier Ridgeback .65 Rifle SN: E02480;
7. Brugger & Thomet AG (B&T AG) APC-G 9mm Pistol SN: 20-37432;
8. Rohm RG14 .22 Revolver SN: L787977;
9. Smith & Wesson T/C Arms Compass 22-250 Rifle SN: THU2043;
10. Keltec CNC Industries, Inc. KSG 12 Gauge Shotgun SN: XX4L48;
11. Kriss USA Inc. Kriss Vector SDP G2 .10 Pistol SN:10P003932;
12. Canik 55 TP-9 Elite Combat 9mm Pistol SN: T6472-21 BN00358;
13. Keltec CNC Industries, Inc. P17 .22 Pistol SN:23G4H85;
14. San Tan Tactical STT-15 Unknown caliber Rifle SN: 05860;
15. Unknown Manufacturer Unknown Receiver/Frame Unknown caliber SN: BRCV556;
16. Wilson Combat Model Unknown 9mm Pistol SN: FCU002231;
17. Polymer80, Inc. P80 Tactical 9mm Pistol SN: AAB0010663;
18. Combat Armory, LLC Unknown 9mm Pistol SN: 99008761;

19. Ruger 22/45 Mark IV Lite .22 Pistol SN: 500138065;
20. UMAREX Sportwaffen GMBH & Co. KG. HK MP5 .22 Pistol SN: HD025212;
21. Smith & Wesson T/CR22 .22 Rifle SN: JLR9428;
22. Aero Precision X15 .22 Pistol SN: AR94381;
23. Grey Ghost Precision, LLC, LLC GGP-PSF .556 Rifle SN: PSF1676;
24. Juggernaut Tactical, Inc. JT-15 Multi-caliber Rifle SN:1505150740;
25. Bushmaster Firearms XM15-E2S Multi-caliber Rifle SN: BN602977;
26. Sig Sauer (SIG-ARMS) GSR 1911 .45 Pistol SN: GS47484;
27. Sig Sauer (SIG-ARMS) P320 X-Five 9mm Pistol SN: FCU363943;
28. Dan Wesson Arms 357 Magnum Pistol SN:114762;
29. Ruger Precision .22 Rifle SN:842-34201;
30. Ruger .22 Charger Pistol SN:492-02843;
31. Canik 55 METE SFT 9mm Pistol SN: 23CY00537;
32. German Sports Guns GSG-1911 CA .22 Pistol SN: A966826;
33. Sig Sauer (SIG-ARMS) P320 9mm Pistol SN: 58J454186;
34. Sig Sauer (SIG-ARMS) P320 9mm Pistol SN: 58K147790;
35. Ruger Automatic .22 Pistol SN:11-58554;
36. Smith &Wesson 610 .10 Revolver SN: DML7952;
37. Ruger GP100 .357 Revolver SN: 171-23332;
38. Glock Inc. Model 44 .22 Pistol SN: AEBN039;
39. Strike Industries Norsso 9mm Pistol SN: 66F741800;
40. Walther PDP Compact 9mm Pistol SN: FDD7191;
41. Glock Inc. Model 34GEN5 9mm Pistol SN: BNTP810;
42. Springfield Armory Genesco 9mm Pistol SN: NMH36999;
43. Tisas - Trabzon Gun Industry Corp. Unknown 9mm Pistol SN: T0620-24ED00064;
44. FNH USA, LLC FNX-45 Tactical .45 Pistol SN: FX3U164054;

45. Heckler and Koch VP9 9mm Pistol SN:224-271716;

46. Glock Inc. Model 17 9mm Pistol SN: ACSH896;

47. Sig Sauer (SIG-ARMS) P220 Carry Equinox .45 Pistol SN: 37B008025;

48. SCT Manufacturing, LLC SCT 19 9mm Pistol SN: AAC0010595;

49. Shadow Systems, LLC SSC-24 Receiver/Frame Unknown caliber SN: S006103;

50. FNH USA, LLC 509 9mm Pistol SN: GKS0256196;

51. Century Arms International Unknown caliber Pistol SN: MKE-021-196138;

52. Unknown Manufacturer Unknown Receiver/Frame Unknown caliber SN: None; and

53. Unknown Manufacturer Unknown Receiver/Frame Unknown caliber SN: None.

If any of the above-described forfeitable property, as a result of any act or omission of Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

///

///

///

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: May 19, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
ROSS ARELLANO EDWARDS
Assistant U.S. Attorney